THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER J. CURRAN FUNERAL SERVICE CO., INC., Relator, v. MARK GRAVES and Others, Tax Commissioners of the State of New York, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUANE L. TOWER and Others, as Copartners under the Firm Name and Style of C. J. TOWER & SONS, Plaintiffs, v. THE STATE TAX COMMISSION, Defendant.— Review of a final determination of the State Tax Commission which affirmed an assessment of an incorporated business tax under article 16-A of the Tax Law against plaintiffs for the calendar year 1935. Plaintiffs are custom-house brokers and contend that they come within the statutory exemption which excludes from the tax " the practice of law, medicine, dentistry, architecture which under existing law cannot be conducted under corporate structure, and any other case in which more than eighty per centum of the gross income is derived from the personal services actually rendered by the individual or the members of the partnership or other entity in the practice of any other profession and in which capital is not a material income producing factor." (Tax Law, § 386.) The State Tax Commission held that the plaintiffs were not practicing a profession within the meaning of the statute and did not come within the exemption. Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Application of RUDOLPH RECHT and GEORGE J. KUTCHER, Copartners Doing Business under the Firm Name and Style of RECHT & KUTCHER, Petitioners, for a Writ of Certiorari to MARK GRAVES and Others, Constituting The State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

DOMESTIC FINANCE CORPORATION OF NEW YORK, Respondent, v. JAMES FELL and MADELINE FELL, Defendants; HENRY FELL, Appellant.— Motion for an order amending decision and the order entered thereon with relation to the allowance of costs denied, with ten dollars costs. [See ante, p. 137.] Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

EMMANUEL S. RAGONESE, as Administrator, etc., of LEONARD RAGONESE, Deceased, Respondent, v. JOSEPH HARRIS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

MORSE CHAIN CO., INC., Plaintiff, v. COUNTY OF TOMPKINS, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.